

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SHERRI PAULEY AND DAVID PAULEY | : | NO.: 3:01CV02224 (RNC) |
| v. | : | |
| TOWN OF ANSONIA, ET AL | : | AUGUST 6, 2003 |

## MOTION FOR STAY DUE TO LIQUIDATION

Pursuant to court order issued July 25, 2003, by the Commonwealth Court of Pennsylvania in the matter of <u>M. Diane Koken, Insurance Commissioner of the Commonwealth of Pennsylvania v. Legion Insurance Company</u>, Docket No. 183 MD 2002, Legion Insurance Company ("Legion") has been declared insolvent and order to be liquidated effective July 28, 2003. The Order of Liquidation (copy attached) specifically states in Paragraph 24 as follows:

> Unless otherwise agreed to by the Liquidator or by the relevant guaranty associations, all actions in which Legion is or may be obligated to defend a party in any court of law are stayed to the extent provided by applicable law, subject to further order of the Court. The Liquidator may cooperate, upon request of a guaranty association, in seeking a stay of any action. Failure to honor the stay may result in sanctions, including the subordination of a claim to all other claims in the same class.

The Connecticut Insurance Guaranty Association Act, Connecticut General Statutes § 38a-851(a) states as follows:

ORAL ARGUMENT IS NOT REQUESTED

[Handwritten margin notes: "denied as moot, for which"; "2/6/04"]