FILED

2004 FEB 25 P 1: 38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRI PAULEY, ET AL | : | NO.: 3:01CV02224 (RNC) |
| v. | : | |
| TOWN OF ANSONIA, ET AL | : | FEBRUARY 24, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 7(b), the defendants, Town of Ansonia, Sergeant Zalinsky and Kevin Hale, hereby request that the case management deadlines set forth in the Scheduling Order approved by the Court on March 25, 2002 be modified in accordance with the deadlines set forth below.

In support of this motion, the defendants represent that, on July 15, 2003, the Court denied the defendant's Motion for Enlargement of the Stay of Proceedings, without prejudice, to the filing of a renewed motion demonstrating changed circumstances. On August 6, 2003, the defendants filed an additional motion in accordance with the Court's order pursuant to the Pennsylvania Court's order of liquidation of the defendants' insurance carrier. The parties did not commence discovery in light of the pending motion for stay. The Court denied the motion as moot on February 6, 2004.

ORAL ARGUMENT IS NOT REQUESTED

Accordingly, the defendants respectfully request that the discovery and pretrial deadlines in this case be modified as follows:

1. The defendants will file a responsive pleading by **March 15, 2004**;

2. Written discovery will be completed by **June 1, 2004**;

3. Party and fact witness depositions will be completed by **December 15, 2004**;

4. Reports of retained experts pursuant to Federal Rule of Civil Procedure 26(a)(2) will be due:

    a. From plaintiffs by **September 1, 2004**;
    b. From defendants by **November 1, 2004**;

5. Depositions of plaintiffs' experts will be completed by **November 1, 2004**;

6. Depositions of defendants' experts will be completed by **December 15, 2004**.

7. Dispositive motions, if any, will be filed by **February 15, 2005**. Any opposition to a motion for summary judgment will be filed within thirty (30) days of the motion for summary judgment.

8. Final lists of witnesses and exhibits under Rule 26(a)(3) will be due pursuant to a schedule to be jointly submitted by the parties on or before **March 15, 2005**;

9. The parties will request a pretrial conference at a time to be subsequently determined with the approval of the Court.

Pursuant to Local Rule 7(b)(3), the undersigned has contacted counsel for the plaintiffs, Attorney Norman Pattis, and has been advised that the plaintiffs have no objection to the granting of this motion.

WHEREFORE, the defendants, Town of Ansonia, Sergeant Zalinsky and Kevin Hale, respectfully request that their motion be granted, and that the case management deadlines be modified in accordance with the dates set forth herein.

>DEFENDANTS,
>TOWN OF ANSONIA, SERGEANT
>ZALINSKY AND KEVIN HALE
>
>By _/s/ Beatrice Jordan_
>Beatrice S. Jordan
>ct22001
>Howd & Ludorf
>65 Wethersfield Avenue
>Hartford, CT 06114
>(860) 249-1361
>(860) 249-7665 (Fax)
>E-Mail: bjordan@hl-law.com

3

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 24th day of February, 2004.

Norman A. Pattis, Esquire
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                                                       Beatrice S. Jordan