FILED

2004 FEB 25 P 1:38

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRI PAULEY, ET AL | : | NO.: 3:01CV02224 (RNC) |
| v. | : | |
| TOWN OF ANSONIA, ET AL | : | FEBRUARY 24, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 7(b), the defendants, Town of Ansonia, Sergeant Zalinsky and Kevin Hale, hereby request that the case management deadlines set forth in the Scheduling Order approved by the Court on March 25, 2002 be modified in accordance with the deadlines set forth below.

In support of this motion, the defendants represent that, on July 15, 2003, the Court denied the defendant's Motion for Enlargement of the Stay of Proceedings, without prejudice, to the filing of a renewed motion demonstrating changed circumstances. On August 6, 2003, the defendants filed an additional motion in accordance with the Court's order pursuant to the Pennsylvania Court's order of liquidation of the defendants' insurance carrier. The parties did not commence discovery in light of the pending motion for stay. The Court denied the motion as moot on February 6, 2004.

ORAL ARGUMENT IS NOT REQUESTED