UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRI PAULEY, ET AL | : | NO.: 3:01CV02224 (RNC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF ANSONIA, ET AL | : | MARCH 3, 2003 |

### **JURY DEMAND**

Defendants demand a trial by jury.

DEFENDANTS,
TOWN OF ANSONIA, SERGEANT
ZALINSKY AND KEVIN HALE


By_____
Beatrice S. Jordan
ct22001
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 3rd day of March, 2004.

Norman A. Pattis, Esquire
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                                                                                                 _____
                                                                                                  Beatrice S. Jordan