UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRI PAULEY, ET AL | : | NO. 3:01CV02224 (RNC) |
| VS. | : | |
| TOWN OF ANSONIA, ET AL | : | MARCH 16, 2004 |

**MOTION FOR EXTENSION OF TIME**

The plaintiff, SHERRI PAULEY, respectfully requests an extension of time of thirty (30) days, up to and including May 5, 2004, to respond and/or object to Defendants' First Set of Interrogatories and Production Requests, dated March 5, 2004.

In support of this motion, the plaintiff represents as follows:

1. She was served with Defendants' Interrogatories and Requests for Production through counsel on or about March 6, 2004.

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. On March 16, 2004 this office contacted Attorney Beatrice S. Jordan, attorney for the defendants. She indicated she had no objection to this extension of time.

4. This is the plaintiff's first request for an extension of time to respond to Defendants' Interrogatories and Request for Production.

5. No trial date has been set in this matter.

        THE PLAINTIFF
        SHERRI PAULEY


BY: _____
     NORMAN A. PATTIS
     Williams and Pattis, LLC
     51 Elm Street, Suite 409
     New Haven, CT 06510
     (203) 562-9931
     FAX: (203)776-9494
     Fed Bar No. ct13120

     Her Attorney

## **CERTIFICATION**

    This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the above date, to the following counsel of record:

Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114


_____
NORMAN A. PATTIS

2