FILED
2004 MAR 25 P 2 41

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRI PAULEY, ET AL | NO. 3:01CV02224 (RNC) |
| VS. | |
| TOWN OF ANSONIA, ET AL | MARCH 23, 2004 |

## MOTION FOR EXTENSION OF TIME

The plaintiff, SHERRI PAULEY, respectfully requests an extension of time of thirty (30) days, up to and including May 5, 2004, to respond and/or object to Defendants' First Set of Interrogatories and Production Requests, dated March 5, 2004.

In support of this motion, the plaintiff represents as follows:

1. She was served with Defendants' Interrogatories and Requests for Production through counsel on or about March 6, 2004.

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. On March 16, 2004 this office contacted Attorney Beatrice S. Jordan, attorney for the defendants. She indicated she had no objection to this extension of time.

4. This is the plaintiff's first request for an extension of time to respond to Defendants' Interrogatories and Request for Production.

5. No trial date has been set in this matter.

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
March 26, 2004.

FILED 2004 MAR 29 A 8:08 U.S. DISTRICT COURT HARTFORD, CT.