UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRI PAULEY, | : | NO. 3:01CV02224 (RNC) |
| DAVID PAULEY | : | |
| | | |
| VS. | : | |
| | | |
| TOWN OF ANSONIA, | : | |
| SERGEANT ZALINSKY, | : | |
| KEVIN HALE | : | SEPTEMBER 9, 2004 |

# **APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiffs, SHERRI PAULEY AND DAVID PAULEY.

Kim Coleman Waisonovitz
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct25759
Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was hand-delivered to the following counsel of record:

Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Kim Coleman Waisonovitz