UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRI PAULEY, ET AL | : | NO.: 3:01CV02224 (RNC) |
| v. | : | |
| TOWN OF ANSONIA, ET AL | : | DECEMBER 6, 2004 |

## MOTION FOR BOND

Pursuant to Local Rule 83.3(a) of the United States District Court for the District of Connecticut, the defendants, Town of Ansonia, Sergeant Zalinsky and Kevin Hale, respectfully move for an order that the plaintiffs, Sherri Pauley and David Pauley, give a cash deposit or bond with sufficient surety in the sum of $500.00, within thirty (30) days from the entry of such order.

DEFENDANTS,
TOWN OF ANSONIA, SERGEANT
ZALINSKY AND KEVIN HALE


By____/s/_Beatrice S. Jordan_____
  Beatrice S. Jordan
  ct22001
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)

ORAL ARGUMENT IS NOT REQUESTED

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 6th day of December, 2004.


Kit Engstrom, Esquire
Kim Coleman Waisonovitz, Esquire
Norman A. Pattis, Esquire
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510


                                                                       /s/ Beatrice S. Jordan
                                                                      Beatrice S. Jordan