# HOWD & LUDORF
## ATTORNEYS AT LAW

BEATRICE S. JORDAN
Ext. 149
bjordan@hl-law.com

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

RECEIVED
JAN 12  10 16 AM '05

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

January 11, 2005

The Honorable Robert N. Chatigny
United States District Court Judge
United States District Court
450 Main Street
Hartford, CT  06103

Re:  Sherri Pauley, et al v. Town of Ansonia, et al
     Docket No.:    3:01CV02224 (RNC)
     H&L File No.:  110-01453

Dear Judge Chatigny:

Pursuant to the Court's Scheduling Order Regarding Case Management Plan, the defendants, Town of Ansonia, Sergeant Zalinsky and Kevin Hale, hereby request a prefiling conference with regard to their intent to file a Motion for Summary Judgment in the above matter. The defendants seek to file a Motion for Summary Judgment as to the plaintiff's Complaint in its entirety on the following grounds:

1. The plaintiffs' claims of a violation of their right to equal protection pursuant to 42 U.S.C. §§1983 and 1988 fail as a matter of law as the plaintiffs cannot establish the requisite violation of a constitutional right;

2. The plaintiffs' claims of violations of their right to equal protection fail as a matter of law as the plaintiffs are unable to establish that they were treated differently from others similarly situated;

---

January 12, 2005.  Sherri Pauley, et al. V. Town of Ansonia, et al.
3:01CV2224 (RNC)

The Clerk will docket this letter and send copies of this endorsement to counsel of record. Counsel may file the proposed motion on or before February 14, 2005, without a prefiling conference. So ordered.

FILED 2005 JAN 13 A 4:43  U.S. DISTRICT COURT HARTFORD

Robert N. Chatigny, U.S.D.J.

# HOWD & LUDORF

### ATTORNEYS AT LAW

BEATRICE S. JORDAN
Ext. 149
bjordan@hl-law.com

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

January 11, 2005

The Honorable Robert N. Chatigny
United States District Court Judge
United States District Court
450 Main Street
Hartford, CT 06103

Re:   Sherri Pauley, et al v. Town of Ansonia, et al
      Docket No.:    3:01CV02224 (RNC)
      H&L File No.:  110-01453

Dear Judge Chatigny:

Pursuant to the Court's Scheduling Order Regarding Case Management Plan, the defendants, Town of Ansonia, Sergeant Zalinsky and Kevin Hale, hereby request a prefiling conference with regard to their intent to file a Motion for Summary Judgment in the above matter. The defendants seek to file a Motion for Summary Judgment as to the plaintiff's Complaint in its entirety on the following grounds:

1. The plaintiffs' claims of a violation of their right to equal protection pursuant to 42 U.S.C. §§1983 and 1988 fail as a matter of law as the plaintiffs cannot establish the requisite violation of a constitutional right;

2. The plaintiffs' claims of violations of their right to equal protection fail as a matter of law as the plaintiffs are unable to establish that they were treated differently from others similarly situated;

3. The plaintiffs fail to state a claim against the Town of Ansonia;

4. The individually named defendants are entitled to qualified immunity;

5. To the extent that the plaintiffs seek to allege state law claims, such causes of action are barred by the doctrine of governmental immunity.

The undersigned has attempted to confer with Attorney Engstrom, counsel for the plaintiffs, with regard to the above-mentioned Motion for Summary Judgment in a good faith effort to clarify the issues, eliminate or reduce the area of controversy and to arrive at a

**HOWD & LUDORF**

Page 2
Letter to The Honorable Robert N. Chatigny
January 11, 2005
Re:   Sherri Pauley, et al v. Town of Ansonia, et al

mutually satisfactory resolution. Attorney Engstrom, however, has not contact the undersigned to date with regard to a resolution of the above bases for the defendants' proposed motion despite good faith efforts by the defendants to do so.

Accordingly, the defendants hereby make the above request for a prefiling conference in order to timely do so pursuant to the Court's Order as to the same.

Very truly yours,

Beatrice S. Jordan

BSJ/llh
cc:   Kit Engstrom, Esquire