# Incident Details

January 22, 2002

| Incid | Date | Recv | RptR | Compl | Nature | Act | Location | Ofc |
|---|---|---|---|---|---|---|---|---|
| 97-15269 | 08/12/97 | 18:45 | No | HOFFMAN | JAMES HOFFMAN REPORTS THAT HIS NEW NEIGHBOR IS PLAYING HIS STEREO MUCH TOO LOUD AND WILL NOT HONOR HOFFMAN'S REQUEST TO TURN IT DOWN. OFFICERS SPOKE WITH DAVID PAULIE AND JAMES HOFFMAN AND THEY DECIDED THEY WILL WORK THIS MATTER OUT. | 00 | 12 Adanti Court 002 | 02 |
| 97-18698 | 10/02/97 | 15:25 | Yes | HOFFMAN | JAMES HOFFMAN STATES HIS NEIGHBOR HAS A CANINE TIED UP OUTSIDE THAT IS CONSTANTLY BARKING AND THE ACO IS NEEDED TO RESPOND. | 03 | 16 Adanti Court 002 | DW1 |
| 97-19801 | 10/19/97 | 19:42 | No | HOFFMAN | JAMES HOFFMAN REPORTS EXCESSIVE NOISE COMING FROM 10 ADANTI CT. OFC. SPOKE W/ BOTH NEIGHBORS AND ADVISED THEM TO KEEP THE NOISE DOWN AND TRY TO BE CONSIDERATE OF ONE ANOTHER. | 00 | 10 Adanti Court 002 | 28 |
| 97-21583 | 11/16/97 | 19:02 | No | PAULEY | SHERRY PAULEY STATES SHE IS HAVING A PROBLEM WITH HER NEIGHBORS MAKING EXCESSIVE NOISE. OFC. SPOKE W/ THE HOFFMAN'S AND PAULEY ABOUT THE SITUATION. THIS HAS BEEN AN ONGOING PROBLEM AND BOTH WILL SPEAK W/ THEIR ATTORNEY'S ABOUT THE MATTER. | 00 | 10 Adanti Court 002 | 32 |
| 97-22061 | 11/24/97 | 21:30 | No | HOFFMAN | JAMES HOFFMAN REPORTS LOUD MSUIC BEING PLAYED AT HIS NEIGHBOR'S HOUSE. OFC. REPORTS NO MUSIC WAS PLAYING UPON ARRIVAL. | 00 | 10 Adanti Court 002 | 59 |
| 97-22998 | 12/09/97 | 16:43 | Yes | HOFFMAN | HOFFMAN REPORTS THAT THERE ARE SEVERAL BARKING DOGS IN THE NEIGHBORHOOD. DWI DID SURVEY/CANVASS TO ASSESS THE PROBLEM. | 03 | 12 Adanti Court 002 | DW1 |
| 97-24042 | 12/27/97 | 11:37 | No | HOFFMAN | JAMES HOFFMAN CALLED TO REPORT THAT HE IS HAVING A PROBLEM OVER PROPERTY LINES WITH HIS NEIGHBOR AND WOULD LIKE TO SEE AN OFFICER. PROBLEM RESOLVED BY OFFICERS. | 00 | 12 Adanti Court 002 | 04 |

Exhibit A

01/22/02    15:11:38

2

## Incident Details

November 9, 2000

| Ck | Incid | Date | Recv | RptR | Compl | Nature | Act | Location | Ofc |
|---|---|---|---|---|---|---|---|---|---|
|  | 97-15381 | 08/14/97 | 08:23 | No | PAULI | ALARM GUARD OP # 65 REPORTS A RESIDENTIAL BURG ALARM AT LOCATION. REAR SLIDING DOOR VIOLATION. OFC REPORTS NO PROBLEM AT RESIDENCE THERE IS A DELIVERY MAN DROPPING OFF SOME RUG. | 00 | 10 | Adanti Court  002 | 18 |
|  | 97-18784 | 10/03/97 | 20:59 | No | PAULEY | SHERRY PAULEY STATES SHE IS HAVIONG A PROBLEM WITH A NEIGHBOR AND SHE WOULD LIKE AN OFFICER TO THE AREA. OFFICER STATES HE SPOKE WITH ALL PARTIES INVOLVED AND THE MATTER WAS RESOLVED FOR NOW. | 00 | 10 | Adanti Court  002 | 32 |
|  | 97-19801 | 10/19/97 | 19:42 | No | HOFFMAN | JAMES HOFFMAN REPORTS EXCESSIVE NOISE COMING FROM 10 ADANTI CT. OFC. SPOKE W/ BOTH NEIGHBORS AND ADVISED THEM TO KEEP THE NOISE DOWN AND TRY TO BE CONSIDERATE OF ONE ANOTHER. | 00 | 10 | Adanti Court  002 | 28 |
|  | 97-21583 | 11/16/97 | 19:02 | No | PAULEY | SHERRY PAULEY STATES SHE IS HAVING A PROBLEM WITH HER NEIGHBORS MAKING EXCESSIVE NOISE. OFC. SPOKE W/ THE HOFFMAN'S AND PAULEY ABOUT THE SITUATION. THIS HAS BEEN AN ONGOING PROBLEM AND BOTH WILL SPEAK W/ THEIR ATTORNEY'S ABOUT THE MATTER. | 00 | 10 | Adanti Court  002 | 32 |
|  | 97-22061 | 11/24/97 | 21:30 | No | HOFFMAN | JAMES HOFFMAN REPORTS LOUD MSUIC BEING PLAYED AT HIS NEIGHBOR'S HOUSE. OFC. REPORTS NO MUSIC WAS PLAYING UPON ARRIVAL. | 00 | 10 | Adanti Court  002 | 59 |
|  | 97-18784 | 10/03/97 | 20:59 | No | PAULEY | SHERRY PAULEY STATES SHE IS HAVIONG A PROBLEM WITH A NEIGHBOR AND SHE WOULD LIKE AN OFFICER TO THE AREA. OFFICER STATES HE SPOKE WITH ALL PARTIES INVOLVED AND THE MATTER WAS RESOLVED FOR NOW. | 00 | 10 | Adanti Court  002 | 32 |

Handwritten note:

11/11/2000
735-1665
Spoke to officer williams
left name + # for chief Hale to
call me back. 11:03 AM Chief will not be
in today. But message will be left.

11/09/00    14:02:38    1

Exhibit A

## Incident Details

November 9, 2000

| Incid | Date | Recv | RptR | Compl | Nature | Act | | Location | | Ofc |
|---|---|---|---|---|---|---|---|---|---|---|
| 98-6541 | 04/18/98 | 16:50 | No | HOFFMAN | SHARON HOFFMAN STATES HER NEIGHBOR IS PLAYING HIS MUSIC EXTREMELY LOUD. OFC. REPORTS MUSIC WAS TURNED DOWN. | 00 | 10 | Adanti Court | 002 | 06 |
| 98-8148 | 05/15/98 | 11:29 | No | PAULY | ALARM GAURD OP# 16 REPORTS A RESIDENTAL BURG ALARM WITH A MALE ON SCENE WITH NO PASSCODE. OP # 16 STATES THE MALE CLAIMS TO BE THE HOMEOWNERS BROTHER. OFCS REPORT BRIAN LOEHN CA OP# C7100734 WAS ON SCENE HE IS THE BROTHER OF THE HOMEOWNER AND THERE WAS NO PROBLEM. | 00 | 10 | Adanti Court | 002 | 40 |
| 98-9209 | 05/30/98 | 20:02 | No | PAULEY | SHERRY PAULEY STATES HER NEIGHBOR IS YELLING AT AND HARASSING HER HUSBAND AND SHE WOULD LIKE AN OFFICER TO SPEAK W/ HIM. OFFICERS SPOKE TO BOTH PARTIES, PAULEY AND MR. AND MRS. HOFFMAN, AND PROBLEM WAS RESOLVED. | 00 | 10 | Adanti Court | 002 | 32 |
| 98-21516 | 12/15/98 | 20:43 | No | PAULEY | SHERRY PAULEY REPORTS THAT THE NEXT DOOR NEIGHBOR IS POUNDING ON THE WALL CAUSING A DISTURBANCE. OFC SPOKE TO JIM HOFFMAN AND THE PAULEY'S AND SEEMED TO HAVE RESOLVED THE MATTER, TEMPORARILLY. | 00 | 10 | ADANTI AVENUE | | 02 |
| 98-22194 | 12/29/98 | 16:46 | No | HOFFMAN | JAMES REPORTS THAT HIS NEIGHBOR IS BLASTING THE STEREO AND HE CALLED AND ASKED THEM TO PLEASE TURN IT DOWN BUT THEY REFUSED. OFFICER REPORTS THAT THE STEREO WAS NOT LOUD THERE IS NO INSULATION BETWEEN THE WALLS. OFFICER SPOKE TO BOTH PARTIES AND ADVISED THEM OF THE PROBLEM, BOTH PARTIES WILL PURSUE MATTER WITH ATTORNEYS. | 00 | 10 | Adanti Court | 002 | 02 |

11/09/00    14:05:01    1

Exhibit A

# Incident Details

November 9, 2000

| Ck | Incid | Date | Recv | RptR | Compl | Nature | Act | Location | Ofc |
|---|---|---|---|---|---|---|---|---|---|
| | 99-444 | 01/08/99 | 21:02 | No | PAULEY | SHERRI PAULEY CALLED TO REPORT THAT HER CHILDREN HAD FRIENDS OVER AND WHEN THEY WENT DOWN STAIRS THEY MADE TO MUCH NOISE, JAMES HAUFFMAN WHO IS HER NEIGHBOR STATED BANGING ON THE WALLS DISPATCHER LABAIRE HEARD THE BANGING WHILE TAKING COMPL. SHERRI JUST WANTED THIS INCIDENT ON FILE ONLY AT THIS TIME. | 00 | 10  Adanti Court  002 | S5 |
| | 99-714 | 01/13/99 | 20:42 | No | PAULI | SHERRI PAULI STATES THAT SHE WAS WALKING DOWN THE STAIRS AND FELL ON A CHECKER HER NEIGHBORS THE HAUFFMANS ARE NOW KNOCKING ON THE WALLS SHE NEED THE INCIDENT ON FILE FOR HER ATTORNEY. OFFICER SPOKE TO SHERRI AND JIM HAUFFMAN . JIM HAUFFMAN STATES THAT HE WAS REPAIRING THE WALL THAT INCIDENT WAS RECORDED FOR SHERRI PAULI. SHERRI REPORTS ITS A ONGOING PROBLEM. | 00 | 10  Adanti Court  002 | 04 |
| | 99-2110 | 02/07/99 | 09:55 | No | HOFFMAN | JAMES HOFFMAN REPORTED LOUD NOISES COMING FROM NEXT DOOR APARTMENT OFFICERS SPOKE TO BOTH PARTIES RESOLVED. MUSIC WILL BE KEPT DOWN | 00 | 10  Adanti Court  002 | 41 |
| | 99-7087 | 05/02/99 | 14:01 | No | HOFFMAN | JIM HOFFMAN REQUEST TO SPEAK TO AN OFFICER REGARDING A PROBLEM HE IS HAVING WITH HIS NEIGHBOR'S SON PLAYING HIS MUSIC TO LOUD. OFFICER REPORTS MATTER RESOLVED AFTER SPEAKING TO ALL PARTIES INVLOVED. | 00 | 10  Adanti Court  002 | 12 |
| | 99-7098 | 05/02/99 | 18:44 | Yes | Orlando | OFC. ORLANDO REPORTS A NEIGHBOR DISPUTE AT 10 AND 12 ADANTI CT. OFC. HAVE DAVID PAULEY IN CUSTODY. | 03 | 10-12  Adanti Court  002 | 05 |
| | 99-12867 | 08/01/99 | 17:02 | No | PAULEY | ALARM GUARD REPORTS ALARM SOUNDING AT 10 ADANTI AVE. OFC. REPORTS HOMEOWNER ON SCENE, NO PROBLEM. | 00 | 10  Adanti Court  002 | 28 |

11/09/00                                                                14:03:54

1

Exhibit A

## Incident Details

May 5, 1999

| Ck | IncId | Date | Recv | RptR | Compl | Nature | Act | Location | Ofc |
|---|---|---|---|---|---|---|---|---|---|
| | 99-2054 | 02/06/99 | 10:37 | Yes | HOFFMAN | HOFFMAN STATES THAT HIS NEIGHBOR AT 18 ADANTI COURT HAS HIS DOG ROAMING. DW1 TO REPORT. | 03 | 12 Adanti Court 002 | DW1 |
| | 99-7096 | 05/02/99 | 18:16 | Yes | HOFFMAN | SHARON HOFFMAN STATES SHE HAS A PITBULL THAT WAS ROAMING IN THE NEIGHBORHOOD. CHRISTIE SMITH OF 13 ADANTI AVE. ALSO CALLED REPORTING SAME DOG ROAMING. OFC. TRANSPORTED PITBULL TO THE POUND. CAGE 8. | 03 | 12 Adanti Court 002 | 05 |

05/05/99    15:57:35    1

Exhibit A