Call: 0000000595
Location: 00010 ADANTI AV
Premise: 00010 ADANTI AV
Call type: 90C-DISORDERLY CONDUCT

|  | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| Grid: | 200 | 0 | 0 | 0 |

Sector: 002
Cmd Area: A
Agency: P
Disp: 00

### Reporting Party
JIM HOFFMAN
00010 ADANTI AV     ANSONIA
Home Phone  2037343698
Work Phone

Act Call Type PD: 90C-DISORDERLY CONDUC
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:

Queued Dt: 1/15/2000
Call Source: Phone
Call Taker: L0719

Call Priority: 2

### Responding Units

Unit 41    Agcy PD    Pri
Disp Dttm    01/15/00 15:13:45    Clear Dttm    01/15/00 15:27:54
Enroute Dttm 01/15/00 15:13:45    Quar Dttm     00/00/00 00:00:00
Arrive Dttm  01/15/00 15:21:01

Unit 14    Agcy PD    Pri
Disp Dttm    01/15/00 15:13:45    Clear Dttm    01/15/00 15:27:54
Enroute Dttm 01/15/00 15:13:45    Quar Dttm     00/00/00 00:00:00
Arrive Dttm  01/15/00 15:20:59

### Call Remarks

JIM HOFFMAN STATES LOUD MUSIC COMING FROM THE RESIDENCE OF #10 ADANTI AVE. OFC REPORTS SPOKE TO THE ACCUSED AT #13 ADANTI AVE. AND THE PROBLEM RESOLVED.

N    Animal Indicator    N    EMD Indicator
Remark Date/Time 01/15/00 15:30:06         Updated By L0719

Exhibit B

# Call Summary Report

1/22/2002

Call: 0000000634
Location: 00010 ADANTI AV
Premise: 00010 ADANTI AV
Call type: 90C-DISORDERLY CONDUCT

|       | Pol | Fire | EMS | Oth |
|-------|-----|------|-----|-----|
| Grid: | 200 | 0    | 0   | 0   |

Sector: 002
Cmd Area: A
Agency: P
Disp: 00

**Reporting Party**
JIM HOFFMAN
00012 ADANTI AV          ANSONIA
Home Phone  2037343698
Work Phone

Queued Dt:  1/16/2000
Call Source: Phone
Call Taker: L0719

Act Call Type PD: 90C-DISORDERLY CONDUC
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority: 2

## Responding Units

Unit 41          Agcy  PD          Pri ☐
Disp Dttm     01/16/00 19:16:43    Clear Dttm   01/16/00 20:18:33
Enroute Dttm  01/16/00 19:16:43    Quar Dttm    00/00/00 00:00:00
Arrive Dttm   01/16/00 19:22:23

## Call Remarks

JIM HOFFMAN COMPLAINS OF LOUD MUSIC BEING PLAYED AT 10 ADANTI AVE.
OFFICER REPORTS THE MUSIC WAS NOT EXCESSIVELY LOUD UPON
ARRIVAL. HOFFMAN ADVISED.

N          Animal Indicator    N          EMD Indicator
Remark Date/Time 01/16/00 21:02:37         Updated By L0719

Exhibit B

# Call Summary Report

1/22/2002

Call: 0000000888
Location: 00010 ADANTI AV
Premise: 00010 ADANTI AV
Call type: 90C-DISORDERLY CONDUCT

|  | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| Grid: | 200 | 0 | 0 | 0 |

Sector: 002
Cmd Area: A
Agency: P
Disp: 00

### Reporting Party
JAMES HOFFMAN
00012 ADANTI AV    ANSONIA
Home Phone  2037343698
Work Phone

Act Call Type PD: 388-MISCELLANEOUS
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:

Queued Dt: 1/23/2000
Call Source: Phone
Call Taker: L0719

Call Priority: 2

## Responding Units

Unit 28    Agcy PD    Pri ☐
Disp Dttm   01/23/00 09:34:29    Clear Dttm  01/23/00 10:00:31
Enroute Dttm 01/23/00 09:34:29    Quar Dttm   00/00/00 00:00:00
Arrive Dttm  01/23/00 09:44:42

Unit 26    Agcy PD    Pri ☐
Disp Dttm   01/23/00 09:34:29    Clear Dttm  01/23/00 10:00:31
Enroute Dttm 01/23/00 09:34:29    Quar Dttm   00/00/00 00:00:00
Arrive Dttm  01/23/00 09:42:42

## Call Remarks

JAMES HOFFMAN STATES THERE IS A VERBAL DISPUTE BETWEEN HIS NEIGHBORS MR. & MRS. PAULEY. OFC REPORTS NO DISPUTE, NOISE HEARD WAS CHILD PLAY.

N    Animal Indicator    N    EMD Indicator
Remark Date/Time 01/23/00 10:02:21        Updated By L0719

Exhibit B

# Call Summary Report

1/22/2002

Call: 0000005430
Location: 00010 ADANTI AV
Premise: 00010 ADANTI AV
Call type: 90C-DISORDERLY CONDUCT

|       | Pol | Fire | EMS | Oth |
|-------|-----|------|-----|-----|
| Grid: | 200 | 0    | 0   | 0   |

Sector: 002
Cmd Area: A
Agency: P
Disp: 00

## Reporting Party

SHARON HOFFMAN
00012 ADANTI AV           ANSONIA
Home Phone  2037343698
Work Phone  203
Queued Dt:  5/12/2000
Call Source: Phone
Call Taker:  L0719

Act Call Type PD: 90C-DISORDERLY CONDUC
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority: 2

## Responding Units

Unit 59          Agcy PD               Pri ✓
Disp Dttm    05/12/00 17:13:10    Clear Dttm   05/12/00 17:34:40
Enroute Dttm 05/12/00 17:13:10    Quar Dttm    00/00/00 00:00:00
Arrive Dttm  05/12/00 17:21:37

## Call Remarks

SHARON HOFFMAN STATES THE NEIGHBORS AT ABOVE LOCATION ARE PLAYING DRUMS SO LOUD THAT IT IS SHAKING HER WALLS AND WOULD LIKE AN OFFICER TO LOCATION. OFFICER REPORT UPON ARRIVAL THERE WERE NO DRUMS PLAYING AND HE SPOKE TO ALL PARTIES AND THE MATTER WAS RESOLVED.

N       Animal Indicator      N       EMD Indicator
Remark Date/Time 05/12/00 17:34:50          Updated By L0719

Exhibit B

# Call Summary Report
1/22/2002

| | |
|---|---|
| Call: | 0000006904 |
| Location: | 00012 ADANTI AV |
| Premise: | 00012 ADANTI AV |
| Call type: | 388-MISCELLANEOUS |

| | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| Grid: | 200 | 0 | 0 | 0 |

Sector: 002
Cmd Area: A
Agency: P
Disp: 00

### Reporting Party
JAMES HOFFMAN
00012 ADANTI AV           ANSONIA
Home Phone   2037343698
Work Phone   203
Queued Dt:   6/15/2000
Call Source: Phone
Call Taker:  L0719

Act Call Type PD: 388-MISCELLANEOUS
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority:   4

## Responding Units

| Unit | 69 | Agcy | PD | Pri | ✓ |
|---|---|---|---|---|---|
| Disp Dttm | 06/15/00 03:19:33 | Clear Dttm | 06/15/00 03:34:19 | | |
| Enroute Dttm | 06/15/00 03:19:33 | Quar Dttm | 00/00/00 00:00:00 | | |
| Arrive Dttm | 06/15/00 03:23:24 | | | | |

## Call Remarks

JAMES HOFFMAN CALLED TO REPORT THAT HIS NEIGHBOR DAVID PAULEY WHO LIVES AT 10 ADANTI AVE IS WATERING HIS LAWN AND HE WOKE HIM UP. OFF. SPOKE TO A MR PAULEY WHO RESIDES AT #10 WHO WAS ADVISED THAT THIS ACTIVITY IS ANNOYING TO HIS NEIGHBOR AT THIS TIME OF THE MORNING. WATERING WAS STOPPED.

N         Animal Indicator      N       EMD Indicator
Remark Date/Time 06/15/00 03:22:38          Updated By L0719

Exhibit B

# Call Summary Report
1/22/2002

Call: 0000008365
Location: 00012 ADANTI AV
Premise: 00012 ADANTI AV
Call type: 90C-DISORDERLY CONDUCT

|  | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| Grid: | 200 | 0 | 0 | 0 |

Sector: 002
Cmd Area: A
Agency: P

### Reporting Party
JAMES HOFFMAN
00012 ADANTI AV           ANSONIA
Home Phone  2037342698
Work Phone  203
Queued Dt:  7/13/2000
Call Source: Phone
Call Taker:  L0719

Disp: 03
Act Call Type PD: 90C-DISORDERLY CONDUC
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority: 2

## Responding Units

Unit 05       Agcy PD       Pri ☐
 Disp Dttm    07/13/00 20:52:20     Clear Dttm  07/13/00 22:02:27
 Enroute Dttm 07/13/00 20:52:20     Quar Dttm   00/00/00 00:00:00
 Arrive Dttm  07/13/00 20:56:58

Unit 02       Agcy PD       Pri ☐
 Disp Dttm    07/13/00 20:56:45     Clear Dttm  07/13/00 22:02:27
 Enroute Dttm 07/13/00 20:56:45     Quar Dttm   00/00/00 00:00:00
 Arrive Dttm  07/13/00 21:07:50

Unit 15       Agcy PD       Pri ☑
 Disp Dttm    07/13/00 20:43:57     Clear Dttm  07/13/00 22:02:27
 Enroute Dttm 07/13/00 20:43:57     Quar Dttm   00/00/00 00:00:00
 Arrive Dttm  07/13/00 20:47:09

## Call Remarks

JAMES REPORTS HAVING A DISPUTE WITH PAULIE RESIDING AT #10. OFC. ADCOX HAVING SHARON HOFFMAN (6/15/49) IN CUSTODY FOR BOP AND THREATENING, S/M 19.5. E/M 22.2 @ 21:18. OFC ORLANDO HAVING JAMES HOFFMAN (DOB 10/20/58) IN CUSTODY FOR BOP AND THREATENING. BOND SET ON EACH $500.00

N       Animal Indicator    N       EMD Indicator
Remark Date/Time 07/13/00 23:09:36       Updated By L0719

Exhibit B

# Call Summary Report

1/22/2002

- **Call:** 0000012832
- **Location:** 00010 ADANTI AV
- **Premise:** 00010 ADANTI AV
- **Call type:** 90C-DISORDERLY CONDUCT

|  | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| **Grid:** | 200 | 0 | 0 | 0 |

- **Sector:** 002
- **Cmd Area:** A
- **Agency:** P
- **Disp:** 00

### Reporting Party

JIM HOFFMAN
00010 ADANTI AV        ANSONIA
- **Home Phone:** 2037355033
- **Work Phone:** 203
- **Queued Dt:** 10/14/2000
- **Call Source:** Phone
- **Call Taker:** L0594

- **Act Call Type PD:** 90C-DISORDERLY CONDUC
- **Act Call Type FD:**
- **Act Call Type EMS:**
- **Act Call Type OTH:**
- **Call Priority:** 2

## Responding Units

**Unit 05**        **Agcy** PD        **Pri** ☐
- **Disp Dttm:** 10/14/00 22:12:54
- **Enroute Dttm:** 10/14/00 22:12:54
- **Arrive Dttm:** 10/14/00 22:16:07
- **Clear Dttm:** 10/14/00 22:18:51
- **Quar Dttm:** 00/00/00 00:00:00

**Unit 41**        **Agcy** PD        **Pri** ☑
- **Disp Dttm:** 10/14/00 22:12:54
- **Enroute Dttm:** 10/14/00 22:12:54
- **Arrive Dttm:** 10/14/00 22:14:35
- **Clear Dttm:** 10/14/00 22:18:51
- **Quar Dttm:** 00/00/00 00:00:00

## Call Remarks

JIM HOFFMAN STATES HIS NEIGHBORS AT 10 ADANTI AVE ARE MAKING A LOT OF NOISE IN THEIR BACKYARD. OFC. SPOKE WITH THE HOMEOWNER WHO WAS CALLING HER KIDS IN FOR THE NIGHT.

N    Animal Indicator    N    EMD Indicator

**Remark Date/Time** 10/14/00 22:43:01        **Updated By** L0594

Exhibit B

# Call Summary Report

1/22/2002

| | |
|---|---|
| Call: | 0000014788 |
| Location: | 10 ADANTE RD |
| Premise: | 10 ADANTE RD |
| Call type: | 401-JUVENILE MATTER |

| | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| Grid: | 999 | 999 | 999 | 999 |
| Sector: | | | | |
| Cmd Area: | A | | | |
| Agency: | P | | | |
| Disp: | 03 | | | |
| Act Call Type PD: | 90C-DISORDERLY CONDUC | | | |
| Act Call Type FD: | | | | |
| Act Call Type EMS: | | | | |
| Act Call Type OTH: | | | | |
| Call Priority: | 3 | | | |

**Reporting Party**

JIM HOFFMAN
12 ADANTE RD            ANSONIA
Home Phone  2037343698
Work Phone  203
Queued Dt:  11/28/2000
Call Source:  Phone
Call Taker:  L0719

## Responding Units

**Unit  03**          Agcy  PD          Pri  ☐
Disp Dttm    11/28/00 19:25:23       Clear Dttm   11/28/00 20:01:53
Enroute Dttm 11/28/00 19:25:23       Quar Dttm    00/00/00 00:00:00
Arrive Dttm  11/28/00 19:31:10

**Unit  S3**          Agcy  PD          Pri  ☐
Disp Dttm    11/28/00 19:25:51       Clear Dttm   11/28/00 20:01:53
Enroute Dttm 11/28/00 19:25:51       Quar Dttm    00/00/00 00:00:00
Arrive Dttm  11/28/00 19:35:01

**Unit  14**          Agcy  PD          Pri  ☑
Disp Dttm    11/28/00 19:25:23       Clear Dttm   11/28/00 20:01:53
Enroute Dttm 11/28/00 19:25:23       Quar Dttm    00/00/00 00:00:00
Arrive Dttm  11/28/00 19:29:41

## Call Remarks

JIM HOFFMAN FROM 12 ADANTI COURT CALLED TO COMPLAIN ABOUT THE JUVENILES AT 10 ADANTI COURT.HE REPORTS BANGING ON THE WALLS AND NOISE.OFC REPORTS EVERYTHING BEING QUIET.NO PROBLEM.

N       Animal Indicator       N       EMD Indicator
Remark Date/Time 11/28/00 23:31:59           Updated By L0719

Exhibit B

# Call Summary Report

1/22/2002

| | |
|---|---|
| Call: | 0100000428 |
| Location: | 00010 ADANTI AV |
| Premise: | 00010 ADANTI AV |
| Call type: | 401-JUVENILE MATTER |

|  | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| Grid: | 200 | | | |
| Sector: | 002 | 002 | 002 | 002 |
| Cmd Area: | A | A | A | A |
| Agency: | P | | | |
| Disp: | 00 | | | |

Act Call Type PD: 401-JUVENILE MATTER
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority: 3

### Reporting Party

JAMES HOFFMAN
00010 ADANTI AV          ANSONIA
Home Phone   2037343698
Work Phone   203
Queued Dt:   1/11/2001
Call Source: Phone
Call Taker:  L0719

## Responding Units

Unit 41    Agcy PD    Pri ☐
Disp Dttm    01/11/01 19:03:34    Clear Dttm    01/11/01 19:22:00
Enroute Dttm 01/11/01 19:03:34    Quar Dttm     00/00/00 00:00:00
Arrive Dttm  01/11/01 19:09:08

Unit 14    Agcy PD    Pri ☑
Disp Dttm    01/11/01 19:03:34    Clear Dttm    01/11/01 19:21:59
Enroute Dttm 01/11/01 19:03:34    Quar Dttm     00/00/00 00:00:00
Arrive Dttm  01/11/01 19:09:04

## Call Remarks

JAMES STATES THAT THE WOMAN NEXT STORE IS BEATING ON HER 5 YO DAUGHTER. OFC STATES HE SPOKE WITH MOTHER A SHERRY PAWLEY AND STATED THE MOTHER WAS JUST DESCIPLINING THE CHILD. ALL IS OK.

N    Animal Indicator    N    EMD Indicator
Remark Date/Time 01/11/01 19:36:42         Updated By L0719

Exhibit B

# Call Summary Report

1/22/2002

Call: 0100001938
Location: 00012 ADONTI
Premise: 00012 ADONTI
Call type: 90C-DISORDERLY CONDUCT

|  | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| Grid: | 9999 | 9999 | 9999 | 9999 |

Sector:
Cmd Area:
Agency:

### Reporting Party

JIM HOFFMAN
12 ADONTI
Home Phone  203
Work Phone  203
Queued Dt:  2/18/2001
Call Source:  Phone
Call Taker:  L0719

Disp:  03
Act Call Type PD:  90C-DISORDERLY CONDUC
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority:  2

## Responding Units

Unit  S1        Agcy  PD        Pri  ☐
  Disp Dttm    02/18/01 15:01:22    Clear Dttm   02/18/01 15:15:41
  Enroute Dttm 02/18/01 15:01:22    Quar Dttm    00/00/00 00:00:00
  Arrive Dttm  02/18/01 15:08:19

Unit  59        Agcy  PD        Pri  ☑
  Disp Dttm    02/18/01 15:01:22    Clear Dttm   02/18/01 15:15:40
  Enroute Dttm 02/18/01 15:01:22    Quar Dttm    00/00/00 00:00:00
  Arrive Dttm  02/18/01 15:06:14

## Call Remarks

JIM HOFFMAN STATES THAT HIS NEIGHBORS ARE HAVING A BIRTHDAY PARTY FOR THEIR KIDS. JIM REPORTS THAT THE KIDS ARE RUNNING THREW HIS GARDEN AND PLAYING THE MUSIC TO LOUD. OFC FOUND NO STEREO PLAYING AND THE PROBLEM WITH THE KIDS WAS RESOLVED. OFC IRELAND TO REPORT.

N    Animal Indicator    N    EMD Indicator
Remark Date/Time 02/18/01 15:25:10        Updated By L0719

Exhibit B