```
 1      U N I T E D   S T A T E S   D I S T R I C T   C O U R T
 2                    DISTRICT OF CONNECTICUT
 3      - - - - - - - - - - - - - - - - x
                                         :
 4      SHERRI PAULEY, ET AL,            :
                 Plaintiffs,             :   Civil Action
 5                                       :   NO. 3:01CV02224(RNC)
        vs.                              :
 6                                       :
        TOWN OF ANSONIA, ET AL,          :   SEPTEMBER 29, 2004
 7               Defendants.             :
                                         :
 8      - - - - - - - - - - - - - - - - x
 9
10                  DEPOSITION OF SHERRI PAULEY
11
12
        APPEARANCES:
13
                WILLIAMS & PATTIS, LLC
14                  Attorneys for the Plaintiffs
                    51 Elm Street, Suite 409
15                  New Haven, Connecticut 06510
                    (203) 562-9931
16          BY: KATRENA ENGSTROM, ESQUIRE

17          HOWD & LUDORF
                    Attorneys for the Defendants
18                  65 Wethersfield Avenue
                    Hartford, Connecticut 06114
19                  (860) 249-1361
            BY: BEATRICE S. JORDAN, ESQUIRE
20

21

22      ALSO PRESENT:  STEPHANIE SANDISON
                       DAVID PAULEY
23

24                         NICOLE M. GOSSELIN
                           REGISTERED PROFESSIONAL REPORTER
25                         CONNECTICUT LICENSE NUMBER:  00084
```

Exhibit C

```
 1   involved."
 2        Q    And this was with regard to a DCF complaint?
 3        A    Yes.
 4             That may have been what prompted me to go in the
 5   second time to speak to him was because of the false
 6   complaining to DCF among other complaints.
 7        Q    So it possibly could have been right around the
 8   same time as that DCF complaint incident?
 9        A    Yes.
10        Q    Now, with regard to the first and the second
11   occasion when you spoke to sergeant Zalinsky, and you
12   indicated that the Hoffmans were making false reports
13   against you, or filing false reports against you, did you
14   provide any documentation or anything confirming that the
15   reports were false to sergeant Zalinsky on those occasions
16   if you can recall?
17        A    It was all verbal.
18             I was told by officer Williams down there at the
19   police department when I had my father-in-law Henry Pauley
20   with me, that the reason --  I'm sorry, because we were not
21   the ones putting the phone calls in, it made us look like
22   the bad guys.
23        Q    Now, following this second incident which may
24   have occurred around the second complaint, do you recall
25   having any future conversations or further conversations
```

Exhibit C

```
 1       A    I don't know.  I do know that my children, my son
 2   and my nephew had told me that that is what the Hoffmans
 3   were yelling out the window.  I don't know whether that was
 4   said to the police department or not.
 5       Q    Okay.  When you went down to the police
 6   department to speak with sergeant Zalinsky the following
 7   day, and you asked for a written complaint to be filed
 8   against the Hoffmans, did you provide sergeant Zalinsky with
 9   any documentation or anything confirming that the Hoffman
10   complaint was false?
11       A    How could I have documentation to confirm it?
12   No.
13            One document that I did have that I showed the
14   police officers and the police department was that I had a
15   letter from attorney Nick Wocl that was written to my
16   neighbors about their pounding on the walls.
17       Q    Well, just with regard to the hot tub incident,
18   did you have anything that you were able to provide to
19   sergeant Zalinsky at that time indicating that the Hoffman
20   complaint to the police the previous evening was false?
21       A    Yes.
22       Q    What information did you provide to sergeant
23   Zalinsky?
24       A    The four children that were in the hot tub.
25   I say children, then teens.
```

Exhibit C

```
 1        Q    Okay.  But my question was you do recall
 2   contacting the police department to make complaints about
 3   noise coming from the Hoffman residence?
 4        A    Yes.
 5        Q    Did you also have occasion to contact the police
 6   department to make complaints about disputes that you were
 7   having with the Hoffmans?
 8        A    That was one big dispute since the time we had
 9   gotten there, yes.
10        Q    Now, on the occasions where you called the police
11   department to make complaints about a noise or dispute or
12   disagreement with the Hoffmans, did the police respond to
13   your home when you made those calls?
14        A    Yes.
15        Q    Did they respond every time?
16        A    Yes.
17             Except for there was a few times where I had
18   called and just asked them to document that -- one time it
19   was snowing really bad, and I had the dispatcher, and she
20   did document that she heard the banging on the walls.
21        Q    That was my next question.  On the occasions
22   where you did contact the police department to make a
23   complaint about noise or disputes with the Hoffmans, you
24   just indicated there was at least one occasion where you
25   asked them you just wanted it documented?
```

Exhibit C

1  A    Yes. I couldn't see wasting their time and the
2  taxpayers' money to come to my home for somebody banging on
3  the walls. Or calling my children maggots. Or telling my
4  children that they're from the bottom of the gene pool.
5  They would say this to my kids. And I couldn't do anything
6  about it.
7       I tried to get the police department to back me
8  and they refused. Because they did nothing about it. And
9  when they did nothing about it, they refused.
10 Q    Well, on the occasions where you called the
11 police department to report noise coming from the Hoffman
12 residence, you indicated that they did respond to your call
13 on each of those occasions?
14 A    And I think I'm going to need to take a break
15 because I just get really upset, and I have to take a break.
16 Q    Just for the record, was your answer to that
17 question a yes? You nodded your head?
18 A    I'm sorry, I didn't hear your question.
19 Q    That on the occasions where you called the police
20 police department with a complaint about noise from the
21 Hoffman residence, they did in fact respond to each of those
22 calls?
23 A    Right. And then what they had to say in their
24 reports was the situation was resolved. If it was resolved,
25 it would not have continued for as many years as it

Exhibit C

1  radio on and they could hear it, I was going to have the
2  police at my home.
3       Q    Well, I just want to focus on complaints that you
4  made regarding noise from the Hoffman residence or a
5  disturbance at the Hoffman residence.  And if I understand
6  your testimony, and I want to make sure it's accurate, you
7  indicated that when you called to report noise coming from
8  their half of the duplex, that the police responded every
9  time?
10      A    Yes.
11      Q    Okay.  On the occasions where the police
12 responded to your complaint of noise coming from your
13 neighbors, what did the police do when they responded to the
14 call?
15      A    They would talk to us, they would talk to the
16 Hoffmans, sometimes they would just leave and I would never
17 know what the outcome of the situation was.  Or they would
18 come back and say -- or there were times when the Hoffmans
19 didn't even open their door.  We knew that they were there,
20 but they didn't answer the door.
21           Or they would come back and say, "Well, we talked
22 to them about it and it's resolved."
23      Q    Okay.  So at least on those occasions where you
24 called to complain about noise coming from the Hoffman
25 residence, the police officers would respond and they would

Exhibit C

```
 1   speak to you about your complaints, correct?
 2        A    Yes.
 3        Q    Okay, and they would also speak to the Hoffmans
 4   if the Hoffmans answered the door; is that correct?
 5        A    Correct.
 6        Q    Okay.
 7        A    They never did anything about the Hoffmans
 8   talking down to my children, calling them names.  They were
 9   allowed, and the police department was fully aware because I
10   made them aware, but yet the Hoffmans still continued to do
11   it.
12             Just prior to, there was one incident where my
13   husband was arrested, I don't know if it was that same day
14   or a few days just before where the Hoffmans were told do
15   not talk to my children, do not talk to the Pauleys.  Then
16   my husband comes home and he sees Mr. Hoffman in my son
17   Mark's face holding a dog.  My husband didn't know what was
18   going on.  Alls he seen is this man in my son's face, and he
19   was just told by the police department not to talk to my
20   children.  Well, police department came, and my husband got
21   arrested.  Mr. Hoffman didn't get arrested.  When him and my
22   husband were both going back and forth.
23             Why didn't Mr. Hoffman get arrested?  Do you
24   know, that was a question my son had because I had him go,
25   he was in the elementary school, and I had explained to them
```

Exhibit C

```
 1   physically.  And that was untrue.  And those were also
 2   statements that were made to the police department because
 3   they were called to my home for the same reason.
 4        Q    Well, what I'm trying to understand is what proof
 5   do you have that the complaints the Hoffmans made to the
 6   police department regarding you and your family were in fact
 7   false?
 8        A    What proof do they have that they were actually
 9   accurate?  I don't have any.  They don't have any.  It's
10   their word against ours.
11        Q    Okay.
12        A    But with my pleading with the police department
13   as often as I did, I was hoping that they would see that we
14   were not bad people.
15        Q    So if I understand your testimony correctly
16   then, the basis for your claim that the reports that the
17   Hoffmans made were false were just really based on your
18   words that they were false versus their complaints that you
19   were being loud or your kids were being loud?
20        A    If this was not a situation that had been going
21   on prior to my being there, then I could understand the
22   police department giving me a hard time.  But this was going
23   on with the phone calls into the police department, into the
24   dog warden's office, before I lived there, with the people
25   that were living in the home before me, and other neighbors.
```

Exhibit C

```
 1   Hoffmans were filing or had a history of filing false
 2   complaints.
 3       A    Correct.
 4       Q    Okay.  So what I'm trying to understand is your
 5   basis for the claim that the police department actually knew
 6   that the Hoffmans did have a history of making false
 7   reports?
 8       A    I don't know what the police department knew
 9   prior to my moving in there except for that they have been
10   there on quite a few occasions prior to my moving in.
11       Q    Okay.
12       A    As far as the false complaints go, I know what
13   happened when we were there.
14            MS. ENGSTROM:  Could we take a break for a
15   second?
16            (A recess was taken from 2:33 p.m. to 2:36
17   p.m.)
18   BY MS. JORDAN:
19       Q    Now, in your complaint you also allege that the
20   Ansonia Police Department had a policy, practice and custom
21   of not taking civilian complaints regarding the filing of
22   false reports.  Are you aware of that allegation?
23       A    Say -- I have this like headache.  Can you repeat
24   that question, please?
25       Q    Sure.  In your complaint you allege that the
```

Exhibit C

```
1        Q     So the basis for your claim that they violated
2   your right to equal protection is that they didn't do
3   anything in response to your complaints?
4        A     Correct.
5        Q     Okay.
6        A     They've arrested my husband.  They arrested me.
7   They arrested my son.
8              They arrested the Hoffmans, but they didn't
9   charge them fully with what they should have been charged
10  with.  So do I feel that I can be protected by the police
11  department of Ansonia?  Not at all.
12       Q     Well, are you able to identify anyone else who
13  made a similar complaint to the Ansonia Police Department
14  that a neighbor had been filing false complaints where the
15  police department treated them differently from you?
16             MS. ENGSTROM:  Objection to the form.
17       A     Yeah, I don't understand what you just asked.
18       Q     Are you able to identify anyone or any of your
19  other neighbors who went to the Ansonia Police Department
20  and reported that the Hoffmans were making false complaints
21  against them and where the Ansonia Police Department took a
22  written complaint that the Hoffmans had been making false
23  complaints?
24       A     I don't think the Ansonia Police Department has
25  made any written complaints against the Hoffmans.  Like I
```

Exhibit C

```
 1   said, I think the Hoffmans knew someone inside the police
 2   department.  Just who it was, I have no clue. But because
 3   they did not protect my family, and always let the Hoffmans
 4   get away with something would lead me to believe that, you
 5   know, there was more to the situation than I knew about.
 6        Q    Well, are you able to identify anyone as you sit
 7   here today that the Ansonia Police Department treated
 8   differently from you in making the complaints that you made?
 9        A    I don't know what you just asked me.
10        Q    Are you aware of the Ansonia Police Department
11   taking a complaint from anyone else about the filing of
12   false complaints where they didn't do that for you?
13        A    I don't know that I really got into any kind of
14   conversation with the neighbors about the outcome of their
15   situations.  I'm not a nosy person, and what goes on in your
16   life I like to keep in your life, and what goes on in my
17   life I like to keep in mine.  So if I were to ask questions
18   like that, I may have been stepping over the line.
19             That's just my personal opinion.  I don't choose
20   to get into other people's business.
21        Q    Okay.  So as you sit here today you can't
22   identify anyone where that might have happened?
23        A    Not that I can recall, no.
24        Q    Now, in your complaint you also allege that
25   sergeant Zalinsky acted with malicious intent towards you.
```

Exhibit C

```
 1   STATE OF CONNECTICUT    :
 2                              ss.
 3   COUNTY OF HARTFORD      :
 4
 5            I, Nicole M. Gosselin, R.P.R., a Notary Public
 6   for the state of Connecticut, do hereby certify that the
 7   deposition of SHERRI PAULEY, was taken before me pursuant to
 8   the Federal Rules of Civil Procedure, at the offices of Howd
 9   & Ludorf, 65 Wethersfield Avenue, Hartford, Connecticut,
10   commencing at 12:04 p.m., on Wednesday, September 29, 2004.
11            I further certify that the witness was first
12   sworn by me to tell the truth, the whole truth, and nothing
13   but the truth, and was examined by counsel, and her
14   testimony stenographically reported by me and subsequently
15   transcribed as hereinbefore appears.
16            I further certify that I am not related to the
17   parties hereto or their counsel, and that I am not in any
18   way interested in the event of said cause.
19            Dated at Hartford, Connecticut, the 19th day of
20   October, 2004.
21
22                              _____
23                              Nicole M. Gosselin, R.P.R.
                                Notary Public
24   My Commission Expires December 31, 2006.
25
```

Exhibit C