| | | | | Pol | Fire | EMS | Oth |
|---|---|---|---|---|---|---|---|
| Call: | 0000002028 | | Grid: | 200 | 0 | 0 | 0 |
| Location: | 00010 ADANTI AV | | Sector: | 002 | | | |
| Premise: | 00010 ADANTI AV | | Cmd Area: | A | | | |
| Call type: | 90C-DISORDERLY CONDUCT | | Agency: | P | | | |

**Reporting Party**

SHERRY PAULEY
00010 ADANTI AV    ANSONIA
Home Phone  2037342992
Work Phone

Queued Dt:  2/19/2000
Call Source:  Phone
Call Taker:  L0719

Disp:  00
Act Call Type PD:  4901-INCIDENT UNFOUNDE
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority:  2

## Responding Units

Unit  15          Agcy  PD          Pri  ☐
Disp Dttm   02/19/00 22:14:43      Clear Dttm  02/19/00 22:26:08
Enroute Dttm 02/19/00 22:14:43     Quar Dttm   00/00/00 00:00:00
Arrive Dttm  02/19/00 22:19:49

## Call Remarks

SHERRY PAULEY STATES HER NEIGHBOR AT 12 ADANTI IS MAKING AN EXCESSIVE AMOUNT OF NOISE. OFC. REPORTS NO ONE AT HOME 12 ADANTI AND ALL IS QUIET.

N     Animal Indicator   N     EMD Indicator
Remark Date/Time 02/19/00 22:25:54        Updated By L0719

Exhibit F

Call: 0000005032
Location: 00010 ADANTI AV
Premise: 00010 ADANTI AV
Call type: 90C-DISORDERLY CONDUCT

|  | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| Grid: | 200 | 0 | 0 | 0 |

Sector: 002
Cmd Area: A
Agency: P
Disp: 00
Act Call Type PD: 388-MISCELLANEOUS
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority: 2

**Reporting Party**

SHERRI PAULEY
00010 ADANTI AV        ANSONIA
Home Phone  2037342992
Work Phone  203
Queued Dt:  5/3/2000
Call Source:  Phone
Call Taker:  L0719

## Responding Units

Unit 24        Agcy PD        Pri ✓
Disp Dttm    05/03/00 22:41:06    Clear Dttm  05/03/00 23:04:14
Enroute Dttm 05/03/00 22:41:06    Quar Dttm   00/00/00 00:00:00
Arrive Dttm  05/03/00 22:46:52

## Call Remarks

SHERRI PAULEY STATES HER NEIGHBORS KEEP BANGING ON THE WALL AND WOULD LIKE TO SPEAK TO AN OFFICER ABOUT THE MATTER. OFFICER REPORTS PAULEY JUST WANTED ADVISE ON HOW TO HANDLE THE MATTER AND DID NOT WANT THE NEIGHBORS CONTACTED AT THIS HOUR.

N    Animal Indicator    N    EMD Indicator
Remark Date/Time 05/03/00 23:19:06        Updated By L0719

Exhibit F

| | | | | | | |
|---|---|---|---|---|---|---|
| Call: | 0000006253 | | | Pol | Fire | EMS | Oth |
| Location: | 00010 ADANTI AV | | Grid: | 200 | 0 | 0 | 0 |
| Premise: | 00010 ADANTI AV | | Sector: | 002 | | | |
| Call type: | 90C-DISORDERLY CONDUCT | | Cmd Area: | A | | | |

**Reporting Party**

SHERRY PAULEY
00010 ADANTI AV    ANSONIA
Home Phone  2037342992
Work Phone  203
Queued Dt:  5/31/2000
Call Source:  Walk In
Call Taker:  L0719

Agency: P
Disp: 00
Act Call Type PD: 375-ROUTINE ASSISTANCE
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority:  2

## Responding Units

Unit  59      Agcy  PD      Pri  ✓
Disp Dttm     05/31/00 19:02:03    Clear Dttm   05/31/00 19:44:16
Enroute Dttm  05/31/00 19:02:03    Quar Dttm    00/00/00 00:00:00
Arrive Dttm   05/31/00 19:10:32

## Call Remarks

MS PAULEY STATES THAT SHE HAS BEEN HAVING AN ON GOING PROBLEM WITH HER NEIGHBOR. SHE STATED SHE HAD A MINOR VERBAL DISPUTE EARLIER TODAY. OFFICER STATES THAT HE SPOKE WITH THE COMPLAINANT AND SHE WANTED THE MATTER ON FILE.

N    Animal Indicator    N    EMD Indicator
Remark Date/Time 05/31/00 22:14:27           Updated By L0719

Exhibit F

Call: 0000006432
Location: 00010 ADANTI AV
Premise: 00010 ADANTI AV
Call type: 388-MISCELLANEOUS

|  | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| Grid: | 200 | 0 | 0 | 0 |

Sector: 002
Cmd Area: A
Agency: P
Disp: 00

**Reporting Party**
SHERI PAULEY
00010 ADANTI AV    ANSONIA
Home Phone  2037342992
Work Phone  203
Queued Dt:  6/4/2000
Call Source:  Phone
Call Taker:  L0719

Act Call Type PD: 388-MISCELLANEOUS
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority:  4

## Responding Units

Unit  07
Agcy  PD
Pri  ✓
Disp Dttm  06/04/00 10:33:08
Clear Dttm  06/04/00 10:54:35
Enroute Dttm  06/04/00 10:33:08
Quar Dttm  00/00/00 00:00:00
Arrive Dttm  06/04/00 10:34:55

## Call Remarks

SHERI PAULEY STATES HER NEIGHBORS (JIM & SHARRON HOFFMAN) OF 12 ADANTI AVE. ARE USING OBSCENE LANGUAGE TOWARDS HER HUSBAND DAVID WHILE HE IS WORKING IN HIS YARD. OFC REPORTS ALL PARTIES SPOKEN TOO, ADVISED TO HAVE NO CONTACT WITH ONE ANOTHER. PROBLEM RESOLVED.

N    Animal Indicator    N    EMD Indicator
Remark Date/Time  06/04/00 10:53:51    Updated By L0719

Exhibit F

# Call Summary Report
1/22/2002

| | |
|---|---|
| Call: | 0000008341 |
| Location: | 00010 ADANTI AV |
| Premise: | 00010 ADANTI AV |
| Call type: | 375-ROUTINE ASSISTANCE |

| | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| Grid: | 200 | 0 | 0 | 0 |

Sector: 002
Cmd Area: A
Agency: P
Disp: 00

### Reporting Party
SHERRI PAULIE
00010 ADANTI AV        ANSONIA
Home Phone   203
Work Phone   203
Queued Dt:   7/13/2000
Call Source: Phone
Call Taker:  L0719

Act Call Type PD: 375-ROUTINE ASSISTANCE
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority:   3

## Responding Units

| Unit | 02 | Agcy | PD | Pri | ✓ |
|---|---|---|---|---|---|
| Disp Dttm | 07/13/00 15:58:22 | Clear Dttm | 07/13/00 16:22:57 | | |
| Enroute Dttm | 07/13/00 15:58:22 | Quar Dttm | 00/00/00 00:00:00 | | |
| Arrive Dttm | 07/13/00 16:07:52 | | | | |

## Call Remarks

SHERRI REPORTS THAT HER NEIGHBOR WILL NOT GIVE BACK A BALL THAT BELONGS TO ONE OF HER CHILDREN. OFC REPORTS ALL INVOLVED WERE SPOKEN TOO, BALL RETURNED TO YOUTH, PROBLEM RESOLVED.

N   Animal Indicator   N   EMD Indicator
Remark Date/Time 07/13/00 18:40:35        Updated By L0719

Exhibit F

# Call Summary Report

1/22/2002

Call: 0100000994
Location: 00012 ADANTI AV
Premise: 00012 ADANTI AV
Call type: 90C-DISORDERLY CONDUCT

|  | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| Grid: | 200 | | | |
| Sector: | 002 | 002 | 002 | 002 |
| Cmd Area: | A | A | A | A |

Agency: P
Disp: 03

**Reporting Party**
SHERI PAULEY
00010 ADANTI AV    ANSONIA
Home Phone  2037342992
Work Phone  203
Queued Dt:  1/25/2001
Call Source:  Phone
Call Taker:  L0719

Act Call Type PD: 90C-DISORDERLY CONDUC
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority:  2

## Responding Units

Unit 22    Agcy PD    Pri ☐
Disp Dttm    01/25/01 21:43:14    Clear Dttm    01/25/01 21:54:58
Enroute Dttm 01/25/01 21:43:14    Quar Dttm     00/00/00 00:00:00
Arrive Dttm  01/25/01 21:46:36

Unit 05    Agcy PD    Pri ☐
Disp Dttm    01/25/01 21:43:14    Clear Dttm    01/25/01 21:54:57
Enroute Dttm 01/25/01 21:43:14    Quar Dttm     00/00/00 00:00:00
Arrive Dttm  01/25/01 21:46:31

Unit 10    Agcy PD    Pri ☑
Disp Dttm    01/25/01 21:43:14    Clear Dttm    00/00/00 00:00:00
Enroute Dttm 00/00/00 00:00:00    Quar Dttm     00/00/00 00:00:00
Arrive Dttm  01/25/01 21:46:34

## Call Remarks

SHERI PAULEY REPORTS JIM AND SHARRON HOFFMAN ARE BANGING ON THE WALLS CAUSING A DISTURBANCE TO PAULEY RESIDING IN #10. OFC REPORTS ADVISING HOFFMAN TO KEEP THE NOISE DOWN. REPORT TO FOLLOW.

N    Animal Indicator    N    EMD Indicator
Remark Date/Time 01/25/01 21:55:30        Updated By L0719

Exhibit F

# Call Summary Report
1/22/2002

Call: 0100002243
Location: 00010 ADANTI AV
Premise: 00010 ADANTI AV
Call type: 90C-DISORDERLY CONDUCT

|  | Pol | Fire | EMS | Oth |
|---|---|---|---|---|
| Grid: | 200 | | | |
| Sector: | 002 | 002 | 002 | 002 |
| Cmd Area: | A | A | A | A |
| Agency: | P | | | |
| Disp: | 03 | | | |

### Reporting Party
SHERI PAULIE
00010 ADANTI AV    ANSONIA
Home Phone   2037342992
Work Phone   203
Queued Dt:   2/26/2001
Call Source:  Phone
Call Taker:   L0719

Act Call Type PD: 90C-DISORDERLY CONDUC
Act Call Type FD:
Act Call Type EMS:
Act Call Type OTH:
Call Priority:   2

## Responding Units

Unit 08        Agcy PD         Pri ☐
  Disp Dttm    02/26/01 19:01:53    Clear Dttm   02/26/01 19:20:56
  Enroute Dttm 02/26/01 19:01:53    Quar Dttm    00/00/00 00:00:00
  Arrive Dttm  02/26/01 19:04:04

Unit 14        Agcy PD         Pri ☑
  Disp Dttm    02/26/01 19:01:52    Clear Dttm   02/26/01 19:20:56
  Enroute Dttm 02/26/01 19:01:52    Quar Dttm    00/00/00 00:00:00
  Arrive Dttm  02/26/01 19:06:19

## Call Remarks

SHERI PAULIE REPORTS HAVING A PROBLEM WITH THE HOFFMAN'S RESIDING AT #12. OFC TO REPORT ON INCIDENT.

N    Animal Indicator    N    EMD Indicator
Remark Date/Time 02/26/01 21:44:39    Updated By L0719

Exhibit F