Ansonia Police Department

# CASE/INCIDENT REPORT — SUPPLEMENTARY

Page 1 of 3

| COMPLAINT NO. | INCIDENT DATE | DAY | TIME | DATE OF REPORT | TIME OF REPORT | TYPE OF INCIDENT | TOWN CODE | INTERSECTING STREET NAME AND TYPE | INCIDENT CODE | INVESTIGATING OFFICER | BADGE NO | DIVISION | UNIT ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000008365 | 07/13/2000 | 5 | 20:26 | 07/04/2000 | 16:00 | DISORDERLY CONDUCT | 002 | | 90C | Orsini, Joseph — Patrol | 15 | Patrol | East-001 |

| STREET NO. | STREET NAME AND TYPE | APARTMENT NO/LOCATION | CASE X-REFERENCE | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|
| 00012 | ADANTI AV ANSONIA | | | 00824 | 07/14/2000 | 15:57 |

| Offense | Local X-Ref Code | IBR Code | Att/Comp | Location |
|---|---|---|---|---|
| Disorderly Conduct | 90C | 90C | Completed | Residence/Home |
| Threatening | 331 | 90Z | Completed | Residence/Home |
| Trespassing | 90J | 90J | Completed | Residence/Home |

Status Code  C=Complainant  V=Victim  A=Arrestee  J=Juvenile  H=Other  M=Missing  W=Witness  O=Offender  D=Driver  S=Suspect  P=Police Officer  T=TOT

| Status | Name | Sex | Race | Date Of Birth | Address | | Operator State & No. | Social Security No. |
|---|---|---|---|---|---|---|---|---|
| A O C V | Hoffman, Sharon Elaine | F | W | 06/05/1949 | 0012 Adanti Ave. Ansonia CT | (203) 734-3698 | CT 066466132 | 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 |
| P | Adcox, Ofc. | | | | Ansonia Police Dept. Ansonia CT | | CT | - - |
| P | Harte, Ofc. | | | | Ansonia Police Dept. Ansonia CT | | CT | - - |
| P | Orlando, Ofc. | | | | Ansonia Police Dept. Ansonia CT | | CT | - - |
| A O C V | Pauley, Sherri-Lee | F | W | 09/25/1963 | 10 Adanti Drive Ansonia CT | (203) 734-2992 | CT 094363331 | 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 |
| A O C V | Barrese, Mark Richard | M | W | 02/12/1985 | 10 Adanti Avenue Ansonia CT | (203) 734-2992 | CT | |
| A O C V | Hoffman, James Matthew | M | W | 10/20/1958 | 12 Adante Ave. Ansonia CT | (203) 734-2992 | CT | 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 |
| JH | Pauley, Star | F | W | 11/12/1998 | 10 Adanti Avenue Ansonia CT | | CT | |

On 07/13/00 at approx. 2030 hrs. I was assigned to investigate the complaint of a neighbor dispute at 10/12 Adanti Ave.. Upon arrival I spoke with James Hoffman (arrestee, complainant), of 12 Adanti Ave., who stated to me that he was having a problem with two of his neighbors, Sherri-Lee Pauley (arrestee, complainant) and her son Mark Barrese (juvenile, arrestee, complainant) both of 10 Adanti Ave.. James stated that because of an ongoing neighbor dispute he has told his neighbors at 10 Adanti Dr. that they are not allowed on his property numerous times. James stated that the children of 10 Adanti Ave. had kicked their ball into his yard several times on this date, and that on the last occurrence his wife, Sharon Hoffman, observed Sherri-Lee lean over the fence that separates the two properties and attempt to retrieve the ball from his yard. James stated that Sharon went outside and told Sherri-Lee to stop and get out, but that Sherri-Lee ignored Sharon and continued her attempt to retrieve the ball. James stated that Sherri-Lee retrieved the ball despite repeated requests from Sharon to get out of the property. James stated that when he attempted to speak to Sherri-Lee about this incident, her son Barrese became agitated and a verbal argument ensued between James and Barrese, with Barrese making unspecified veiled threats of a physical assault towards Barrese. James stated that he could not remember the exact words that Barrese used, but that he fully understood the physical threat that was being conveyed and did not like being threatened as such. James stated that he ended the confrontation, and after discussing it with his wife called the police. I then spoke with Sharon who told me that on 07/13/00 at approx.

Officer Signature / Supervisor Signature / Subscribed & Sworn Before Me: Notary — This 14 Day of July Yr. 2000

Exhibit G

Ansonia Police Department

CASE/INCIDENT REPORT

SUPPLEMENTARY

Page 2 of 3

| Report #: 00000008365 - 00000295 Cont. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| COMPLAINT NO. | INCIDENT DATE | DAY | TIME | DATE OF REPORT | TIME OF REPORT | TYPE OF INCIDENT | INCIDENT CODE | INVESTIGATING OFFICER | BADGE NO | UNIT ID |
| 0000008365 | 07/13/2000 | 5 | 20:26 | 07/04/2000 | 16:00 | DISORDERLY CONDUCT | 90C | Patrol Orsini, Joseph | 15 | East-001 |
| STREET NO. | STREET NAME AND TYPE | | | APARTMENT NO./ LOCATION | | INTERSECTING STREET NAME AND TYPE | TOWN CODE | CASE X-REFERENCE | DIVISION | TYPIST | DATE TYPED | TIME TYPED |
| 00012 | ADANTI AV ANSONIA | | | | | | 002 | | Patrol | 00824 | 07/14/2000 | 15:57 |

2000 hrs. she observed Sherri-Lee leaning over the fence separating the two yards attempting to retrieve a ball. Sharon stated that this had occurred several times on this date, and that Sherri-Lee knew that she was not supposed to be on the property because of past problems. Sharon stated that she went outside and told Sherri-Lee to stop and get out of the property, but that Sherri-Lee ignored her and retrieved the ball. James stated to me that he was tired of warning Sherri-Lee and stated to me that he wanted Sherri-Lee arrested and was willing to press charges for the trespass. At this time I went to 10 Adanti Drive and spoke to Sherri-Lee Pauley. Sherri-Lee stated that she had, earlier in the day, leaned over the fence separating her property from 12 Adanti Ave. and had retrieved a ball belonging to her children. Sherri-Lee stated that she had been having on-going problems with these neighbors, and that the ball had ended up in the neighbors yard several times earlier in the day. Sherri-Lee stated that as she was picking up the ball Sharon Hoffman came out of 12 Adanti Ave. and started yelling at her about trespassing in her yard. Sherri-Lee stated that Sharon raised her left hand and started to swing at her, but stopped short of hitting her. Sherri-Lee stated that Sharon then called her husband, James, and that when he arrived he began to yell at both her and her son, Mark Barrese, who was holding her daughter, Star Pauley, a one year old. Sherri-Lee stated that James got right into Barrese's face, calling him a "Maggot" and a "Pip-squeak weasel" and that James told Mark several times he would come across the fence and "Kick your ass". Sherri-Lee stated that she told Barrese to ignore James and that her and Barrese stepped away from the fence and ended the confrontation. I then spoke to Mark Barrese who stated to me that he had been present when Sherri-Lee reached over the fence to pick up the ball in the yard of 12 Adanti Ave., and that he saw Sharon come out of her home yelling about trespassing. Barrese stated that he observed Sharon raise her left hand and start to swing at Sherri-Lee but stopped short of hitting her. Barrese stated that when James came out of the house James came over to him and called him a "Maggot" and a Pip-squeak weasel several times, and that James taunted him telling him that he was going to come across the fence and "Kick your ass". Barrese stated that he was holding his one year old sister, Star Pauley, and was afraid James would strike at him so he backed away. All four actors in this situation stated that this is part of an on-going neighbor dispute that has been carrying on for approx. 3 years. James Hoffman was taken into custody and transported to headquarters where he was processed and charged with Breach Of Peace; C.G.S. 53a-181 and Threatening; C.G.S. 53a-62. James Hoffman was given a court date of 07/24/00 at G.A. #5 and released on a $500.00 bond. Sharon Hoffman was taken into custody and transported to headquaters where she was processed and charged with Breach Of Peace; C.G.S. 53a-181 and Threatening; C.G.S. 53a-62. Sharon Hoffman was given a court date of 07/24/00 at G.A. #5 and released on a $500.00 bond. Sherri-Lee Pauley was arrested on scene and charged with Criminal Trespass 3rd.; C.G.S. 53a-109. Sherri-Lee was given Misdemeanor Summons and Complaint # MA484329 for same and released on a W.P.T.A. at G.A.#5 on 07/24/00. Mark Richard

Supervisor Signature    Officer Signature    Subscribed & Sworn Before Me: Notary ___ This 14 Day of JUL Yr. 2000

Exhibit G

Report #: 0000008365 - 00000295 Cont.

Ansonia Police Department

CASE/INCIDENT REPORT — SUPPLEMENTARY

Page 3 of 3

| COMPLAINT NO. | INCIDENT DATE | DAY | TIME | DATE OF REPORT | TIME OF REPORT | TYPE OF INCIDENT | INCIDENT CODE | INVESTIGATING OFFICER | BADGE NO | DIVISION | UNIT ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000008365 | 07/13/2000 | 5 | 20:26 | 07/04/2000 | 16:00 | DISORDERLY CONDUCT | 90C | Patrol Orsini, Joseph | 15 | Patrol | East-001 |

| STREET NO. | STREET NAME AND TYPE | APARTMENT NO / LOCATION | INTERSECTING STREET NAME AND TYPE | TOWN CODE | CASE X-REFERENCE | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| 00012 | ADANTI AV ANSONIA | | | 002 | | 00824 | 07/14/2000 | 15:57 |

Barrese was arrested on scene and charged with Breach Of Peace; C.G.S. 53a-181 and Threatening; C.G.S. 53a-62. Barrese was given Juvenile Summons And Complaint/Promise To Appear # J00000226 for same and released into the custody of his mother with a hearing date of 07/19/00 at Juvenile Court, 83 Prospect St. Waterbury.

Supervisor Signature / Officer Signature / Subscribed & Sworn Before Me: Notary

This 19 Day of July 2000

Exhibit G