UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRI PAULEY, ET AL | : | NO.: 3:01CV02224 (RNC) |
| V. | : | |
| TOWN OF ANSONIA, ET AL | : | MAY 5, 2004 |

### DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION DIRECTED TO THE PLAINTIFF

Defendants, Town of Ansonia, Sergeant Zalinsky and Kevin Hale, request that the plaintiff, David Pauley, answer under oath in accordance with Rule 33 of the Fed. R. Civ. P., the interrogatories attached hereto, and produce for inspection, copying, testing or sampling, as the case may be, the documents or tangible things described hereinafter, pursuant to Rule 34 of the Fed. R. Civ. P.

1. State your residence address, business address, date and place of birth, height, weight, Social Security Number, marital status, driver's license number, and present employer.

**ANSWER:**

120 E.H. Colchester Tpke, Moodus, CT 06469;
10/26/56, Bridgeport, Connecticut;
5'10", 160 lbs;
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;
married;
CT222914640;
Label Systems, Inc., 56 Cherry Street, Bridgeport, CT.

2. State the name, address, and years of attendance and graduation for each school you have attended, starting with high school and including college, junior college, technical school, or any other place of continuing education.

**ANSWER:**

Completed through 10th grade, Bunnell High School, Stratford, Connecticut

Technical Career Institute, Milford, Connecticut.

Exhibit H

hot tub being too loud and they lied about verbal and physical family abuse.

On one of the occasions my son, Mark, and I were arrested. I was arrested for trespassing. The only time on said day I had gone on the neighbor's property was to knock on their door and ask for the children's ball back. Mrs. Hoffman did not come to the door, so I called and had a police officer come to my home to get the ball from the Hoffman's yard. Later that evening my daughter, Skye, who was three at the time, came to me crying because her ball went over the fence and the neighbors were going to keep it. I looked to see where the ball was and it was right over the three foot fence that separates our yards. (This fence was put up by us to keep our kids from going onto their property.) I simply bent over and picked up the ball from the other side of the fence, never once stepping onto their property. Mr. Hoffman was threatening my son, who at the time was a minor, and telling him to come over into his yard so he could kick his ass. He began calling him names to try to provoke him and make him come into his yard. Despite the fact that I had never actually stepped foot onto their property but to knock on the door earlier that day, I was arrested for trespassing. When the police report was written out at the station, the police officer who did this report lied. I never told him that I had been on the property several times that day.

8.    Please state all facts upon which you base your contention that the Ansonia Police Department, Chief Hale and Sergeant Zalinsky had actual notice that the Hoffmans had a history of making reckless and untrue allegations against neighbors as a means of trying to exert control over the conduct and behavior of their neighbors as alleged in your Complaint.

**ANSWER:**

After the police left the very first time they were called by Mr. Hoffman, our neighbor, Walter Smith, said to me "welcome to the neighborhood." Our neighbor, Mrs. French, told us that the Hoffmans were after her with the police department prior to our moving in. It was common knowledge throughout the neighborhood that the Hoffmans caused problems. We were told by several neighbors that they had had problems with the Hoffmans.

9.    Please state all facts upon which you base your contention that the Ansonia Police Department has a policy, practice and custom of not taking civilian complaints regarding the filing of false police reports in the context of neighborhood disputes as alleged in your Complaint.

**ANSWER:**

They did nothing to help us and when they came to our home it was like we were being given the 3rd degree. They would interrogate us with their questions, trying to make us feel as though we were at fault.

10. Please state all facts upon which you base your contention that Chief Hale endorsed and ratified the policy, practice and custom of not taking civilian complaints regarding the filing of false police reports in the context of neighborhood disputes as alleged in your Complaint.

**ANSWER:**

I personally never had a conversation with Chief Hale.

11. Please state all facts upon which you base your contention that the actions of the defendants deprived you of your rights of the equal protection of the law as alleged in your Complaint.

**ANSWER:**

When asked by our former attorney, Sgt. Zalinsky stated that he did "not want to get involved." Maybe if he had things would not have gone on for as long as they did. His lack of action caused things to get progressively worse for my family and we were forced to move.

12. Please state all facts upon which you base your contention that the acts and omissions of the defendants were in reckless disregard of your constitutional rights and inspired by malice as alleged in your Complaint.

**ANSWER:**

The police officers would always leave our home saying that the problems had been resolved when they were <u>never</u> resolved! Our neighbors were allowed, by the police, to carry on with their behaviors as if it were normal.

13. Please list and identify each injury you claim to have sustained as a result of the incidents alleged in the Complaint.

**ANSWER:**

I have been traumatized. I no longer have trust in anyone, especially the police. I am still suffering from anger, humiliation, stress and depression.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY PAULEY, ET AL | : |
| VS. | :   NO. 3:01CV02224 (RNC) |
| TOWN OF ANSONIA, ET AL | : |

## OATH OF RESPONDENT

I, **DAVID PAULEY**, being of sound mind and legal age, and having been duly sworn, do hereby depose and say that:

The answers to the Interrogatories and the documents provided in response to the Defendants' Interrogatories and Requests for Production are true, accurate and complete to the best of my knowledge and belief.

_____
DAVID PAULEY

Subscribed and sworn to before me this 2 6 day of March, 2004

_____
Notary Public

My Commission Expires Sept. 30, 2006

Exhibit H

**None in my possession.**

10. A copy of any employment/retainer agreement between yourself and the law firm of Williams & Pattis which governs your legal representation in the present case.

**ANSWER:**

**Privileged document.**

                                        THE PLAINTIFF
                                        DAVID PAULEY

BY: _____
       JOHN R. WILLIAMS
       NORMAN A. PATTIS
       Williams & Pattis, LLC
       51 Elm Street, Suite 409
       New Haven, CT 06510
       Tel. No. (203) 562-9931
       Fax No. (203) 776-9494
       Fed. Bar No. 13120

       His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, first class mail, postage prepaid, on the above date, to the following counsel of record:

Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
JOHN R. WILLIAMS
Exhibit H