UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHERRI PAULEY, ET AL                          :          NO.:  3:01CV02224 (RNC)

                                                              :

v.                                                           :

                                                              :

TOWN OF ANSONIA, ET AL                     :

## **A F F I D A V I T**

I, Stanley Zalinsky, having been duly sworn, do hereby depose and say:

1.      That I am over eighteen years of age;

2.      That I believe in the obligations of an oath;

3.      I am currently employed by the Town of Ansonia as a Police Sergeant

and have been so employed for 38 years;

4.      I am familiar with the allegations of the plaintiffs' complaint;

5.      That between 1997 and 2001, there were thirty-one (31) complaints

made between James and Sharon Hoffman and David and Sherri Pauley;

6.      Eighteen (18) of said complaints were made by James and Sharon

Hoffman;

7.      Thirteen (13) of said complaints were made by David and Sherri Pauley;

Exhibit J

8.      The majority of the complaints made by the Hoffmans involved subjective complaints of loud music and/or noise;

9.      That David and Sherri Pauley could not, and did not, produce any information or evidence tending to show that the complaints made by the Hoffmans were false and/or falsely made in an effort to harass or exert control over the plaintiffs as alleged in the complaint;

10.     That no information or evidence existed which demonstrated that the complaints made by the Hoffmans were, in fact, false;

11.     That no probable cause existed to arrest the Hoffmans on the charges of allegedly filing false complaints against the plaintiffs;

12.     That the complaints made by David and Sherri Pauley regarding the Hoffmans also involved subjective noise complaints;

Exhibit J

13.     That the Ansonia Police Department responded to each of the thirteen

complaints made by David and Sherri Pauley.

_____
Stanley Zalinsky


STATE OF CONNECTICUT       )
                           ) ss:
COUNTY OF                  )


Subscribed and sworn to before me this 14th day of January,
2005.

_____
Commissioner of the Superior Court
Notary Public
My commission expires:


Jennifer Figueroa
My Commission Expires 05/04/2006


Page 3 of 3


Exhibit J