UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRI PAULEY, ET AL | :  NO.: 3:01CV02224 (RNC) |
| v. | : |
| TOWN OF ANSONIA, ET AL | : |

### AFFIDAVIT

I, Kevin Hale, having been duly sworn, do hereby depose and say:

1. That I am over eighteen years of age;

2. That I believe in the obligations of an oath;

3. I am currently employed by the Town of Ansonia as the Chief of Police and have been so employed for 4 years;

4. I am familiar with the allegations of the plaintiffs' complaint;

5. In connection with my employment as the Chief of Police for the Town of Ansonia, I am responsible for setting, maintaining, and enforcing the rules, regulations, procedures, polices, practices and customs of the Ansonia Police Department;

6. Accordingly, I am responsible for final policymaking on matters pertaining to the Ansonia Police Department;

Exhibit K

7.  There is no official or unofficial policy, practice or custom to fail or refuse to investigate complaints made by David and Sherri Pauley with regard to their complaints of the alleged filing of false complaints by their neighbors, James and Sharon Hoffman;

8.  There is no official or unofficial policy, practice or custom to fail or refuse to effectuate an arrest based upon complaints made by David and Sherri Pauley with regard to their complaints of the alleged filing of false complaints by their neighbors, James and Sharon Hoffman;

9.  There is no official or unofficial policy, practice or custom to fail or refuse to investigate complaints with regard to incidents involving James and Sharon Hoffman;

10. There is no official or unofficial policy, practice or custom to refuse to take civilian complaints regarding the filing of false police reports in the context of neighborhood disputes;

11. It is the official policy of the Ansonia Police Department to respond to and investigate complaints at and within the judgment and discretion of the investigating officers and within the judgment and discretion afforded to them by law;

12. It is the official policy of the Ansonia Police Department to effectuate an arrest within the judgment and discretion of the investigating officers, and within the judgment and discretion afforded to them by law, where such an arrest is warranted under the law.

_____
Kevin Hale

STATE OF CONNECTICUT    )
                        ) ss:
COUNTY OF               )

Subscribed and sworn to before me this 14th day of January, 2005.

_____
Commissioner of the Superior Court
Notary Public
My commission expires:

Jennifer Figueroa
My Commission Expires 05/04/2006

Exhibit K