UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRI PAULEY, ET AL | : | NO. 3:01CV02224 (RNC) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF ANSONIA, ET AL | : | JANUARY 28, 2005 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT' MOTION FOR SUMMARY JUDGEMENT**

The plaintiffs, Sherri Pauley and David Pauley, respectfully request an extension of time of thirty (30) days, up to and including March 9, 2005, to respond to defendants' Town of Ansonia et al, Motion for Summary Judgment dated January 18, 2005.

In support of this motion, the plaintiff represents as follows:

1. Counsel is scheduled to start jury selection on a criminal matter in Bridgeport Superior Court on January 21, 2005. Trial is expected to last ten (10) days.

2. Defendant's attorney was contacted by this office and represents that she does not object to the granting of a thirty-day extension.

3. This is the plaintiff's first request for an extension of time to respond to the defendant's Motion for Summary Judgment.

4. No trial date has been set in this matter.

WHEREFORE, the plaintiff respectfully requests the court grant this motion for the reasons stated above.

        THE PLAINTIFF

    BY_____
        Norman A. Pattis
        Fed. No. Ct13120
        Law Offices of Norman A. Pattis LLC
        649 Amity Road, P.O. Box 280
        Bethany, CT 06524
        Tel: 203-393-3107
        Fax: 203-393-9745
        npatty1@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on January 28, 2005, to the following counsel of record:

Beatrice Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____Norman A. Pattis