UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB -4  A 10: 43

U.S. DISTRICT COURT
HARTFORD, CT.

SHERRI PAULEY, ET AL.,          :

    Plaintiffs,          :

                      :

V.          :     CASE NO. 3:01CV2224 (RNC)

                      :

TOWN OF ANSONIA, ET AL.,          :

    Defendants.          :

## ORDER

In the interest of justice, the above identified case is hereby transferred to Judge __Christopher F. Droney__ .  All further pleadings or documents in this matter should be filed with the Clerk's Office in __Hartford__ and bear the docket number __3:01cv2224(CFD)__  Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled.  See Local Rule 7(a).

So ordered.

Dated at Hartford, Connecticut this __4__ day of February 2005.

                          ' Robert N. Chatigny
               United States District Judge