#1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRI PAULEY, ET AL | : | NO. 3:01CV02224 (RNC) |
| VS. | : | |
| TOWN OF ANSONIA, ET AL | : | JANUARY 28, 2005 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT' MOTION FOR SUMMARY JUDGEMENT**

The plaintiffs, Sherri Pauley and David Pauley, respectfully request an extension of time of thirty (30) days, up to and including March 9, 2005, to respond to defendants' Town of Ansonia et al, Motion for Summary Judgment dated January 18, 2005.

In support of this motion, the plaintiff represents as follows:

1. Counsel is scheduled to start jury selection on a criminal matter in Bridgeport Superior Court on January 21, 2005. Trial is expected to last ten (10) days.

2. Defendant's attorney was contacted by this office and represents that she does not object to the granting of a thirty-day extension.

3. This is the plaintiff's first request for an extension of time to respond to the defendant's Motion for Summary Judgment.

4. No trial date has been set in this matter.

Granted. So ordered.

[signature] 2/18/05