UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRI PAULEY, ET AL<br>  Plaintiff | :<br>: |
| | : Case No. 3:01CV02224 (CFD) |
| VS. | :<br>: |
| TOWN OF ANSONIA, ET AL<br>  Defendant | :<br>: MARCH 8, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the plaintiffs have manually filed the following document or thing:

Plaintiff's Submission of Exhibits #1-6.


-       This document has not been filed electronically because

[X]    the document or thing cannot be converted to an electronic format

[ ]    the electronic file size fo the document exceeds 1.5 megabytes

[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.
                                    THE PLAINTIFF

BY  _____
        Kim Coleman Waisonovitz, Esq.
        Federal Bar No. ct25759
        Law Office of Norman Pattis, LLC
        P.O. Box 280
        Bethany, CT 06524
        Tel: 203.393.3017
        Fax: 203.393.9745
        Plaintiff's Attorney

## CERTIFICATION

     This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on , to the following parties and counsel of record:

Beatrice Jordan, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Kim Coleman Waisonovitz, Esq.