UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRI PAULEY, ET AL | : | NO.: 3:01CV02224 (CFD) |
| v. | : | |
| TOWN OF ANSONIA, ET AL | : | MARCH 22, 2005 |

## **APPEARANCE**

Please enter the appearance of Melinda A. Powell as attorney for the defendants, Town of Ansonia, Sergeant Zalinsky and Kevin Hale, in the above-entitled action, in addition to the appearances already on file by this firm.

DEFENDANTS,
TOWN OF ANSONIA, SERGEANT
ZALINSKY AND KEVIN HALE

By____/s/ Melinda A. Powell_____
Melinda A. Powell
ct17049
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
mpowell@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 22nd day of March, 2005.

Kim Coleman Waisonovitz, Esquire
Law Offices of Norman A. Pattis
649 Amity Road
P.O. Box 280
Bethany, CT  06524

                                                    _____/s/ Melinda A. Powell_____
                                                   Melinda A. Powell