UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRI PAULEY, ET AL | : | NO.: 3:01CV02224 (CFD) |
| v. | : | |
| TOWN OF ANSONIA, ET AL | : | APRIL 7, 2005 |

### REPLY TO PLAINTIFFS' LOCAL RULE 56(a)2 STATEMENT

1. Upon information and belief, the Ansonia Police Department has a policy, practice and custom of not taking civilian complaints in context of neighborhood disputes. (Complaint ¶15)

**REPLY:** Denied. In addition, plaintiffs have not cited any admissible evidence for this claim.

2. The policy, practice and custom was endorsed and ratified by defendant Chief Hale. (Complaint ¶15)

**REPLY:** Denied. In addition, plaintiffs have not cited any admissible evidence for this claim.

3. The plaintiffs requested to file written civil complaints to the Ansonia Police Department and were denied their write (sic) on four occasions. (Pl. Exb. 1 at 27, 32, 42, 43; Pl. Exb. 5; Pl. Exb. 6)

**REPLY:** Denied.

        DEFENDANTS,
        TOWN OF ANSONIA, SERGEANT
        ZALINSKY AND KEVIN HALE


By /S/ Melinda A. Powell
   Melinda A. Powell
   Ct 17049
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   mpowell@hl-law.com


## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 7th day of April, 2005.

Kim Coleman Waisonovitz, Esquire
Law Offices of Norman A. Pattis
649 Amity Road
P.O. Box 280
Bethany, CT  06524

                _____
                Melinda A. Powell