UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHERRI PAULEY
DAVID PAULEY

        v.                                                      CASE NO. 3:01CV2224(CFD)

TOWN OF ANSONIA
ZALINSKY, Sargeant
KEVIN HALE

## **JUDGMENT**

      This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

      The Court having considered the full record of the case including applicable principles of law and having filed an electronic order on September 28, 2005 granting the motion absent objection, it is therefore,

      ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

      Dated at Hartford, Connecticut, this 28th day of September, 2005.

                                            KEVIN F. ROWE, Clerk

                                            By _____
                                                  Devorah Johnson
                                                  Deputy Clerk

EOD_____