UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRI PAULEY, ET AL | : | NO. 3:01CV02224 (CFD) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF ANSONIA, ET AL | : | OCTOBER 20, 2005 |

## MOTION TO REOPEN

The plaintiffs, SHERRI PAULEY AND DAVID PAULEY, pursuant to Fed. Rule Civ. Proc. §59(e), respectfully request this Court to reopen the judgment and allow the plaintiffs to amend their complaint.  In support of this motion, the plaintiffs represent as follows:

1.   On September 28, 2005, this Court granted the defendants' summary judgment motion as to the equal protection claim.

2.   In its electronic order, this Court invited the plaintiffs to reopen the judgment and amend their complaint within thirty (30) days of the order.

3.   The First Amendment theory of the plaintiffs' was not pled inadvertently, though the issues have been framed such that there is no prejudice to either party to reopen the judgment.

4.   The reopening of this judgment is required to prevent a manifest injustice.

WHEREFORE, for the foregoing reasons, the plaintiffs request that this Court grant their motion to reopen the judgment.

THE PLAINTIFFS


BY:     _____

NORMAN A. PATTIS
Fed. Bar No. ct13120
Law Offices of Norman A. Pattis LLC
649 Amity Road
Bethany, CT 06524
(203) 393-3017


## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the above date, to the following counsel of record:


Attorney Thomas Gerarde
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____

NORMAN A. PATTIS


2