```
 1        UNITED   STATES   DISTRICT   COURT
 2              DISTRICT OF CONNECTICUT
 3   - - - - - - - - - - - - - - - - -x
                                      :
 4   SHERRI PAULEY, ET AL,             :
              Plaintiffs,              :       Civil Action
 5                                     :    NO. 3:01CV02224(RNC)
     vs.                              :
 6                                     :
     TOWN OF ANSONIA, ET AL,           :    SEPTEMBER 29, 2004
 7           Defendants.               :
                                      :
 8   - - - - - - - - - - - - - - - - -x
 9
10              DEPOSITION OF SHERRI PAULEY
11
12
     APPEARANCES:
13
              WILLIAMS & PATTIS, LLC
14                 Attorneys for the Plaintiffs
                   51 Elm Street, Suite 409
15                 New Haven, Connecticut 06510
                   (203) 562-9931
16        BY:  KATRENA ENGSTROM, ESQUIRE

17        HOWD & LUDORF
                   Attorneys for the Defendants
18                 65 Wethersfield Avenue
                   Hartford, Connecticut 06114
19                 (860) 249-1361
          BY:  BEATRICE S. JORDAN, ESQUIRE
20

21

22   ALSO PRESENT:  STEPHANIE SANDISON
                    DAVID PAULEY
23

24                      NICOLE M. GOSSELIN
                        REGISTERED PROFESSIONAL REPORTER
25                      CONNECTICUT LICENSE NUMBER:  00084
```

1  has yet.
2      Q    Can you give me your present address?
3      A    One twenty, E H, for East Haddam, Colchester
4  Turnpike, Moodus, Connecticut, 06469.
5      Q    How long have you resided at that location?
6      A    Since 2001.
7      Q    Do you recall a month approximately of when you
8  moved to that location?
9      A    I don't know if it was April or July.
10     Q    So roughly sometime between April and July at
11 least?
12     A    Right.
13     Q    Is that a private residence or an apartment?
14     A    It's a home, private residence.
15     Q    Do you own the home or do you rent it?
16     A    We own it.
17     Q    Prior to 120 EH Colchester Turnpike, where did
18 you reside?
19     A    In Ansonia, 10 Adanti Avenue.
20     Q    And that would be the location regarding this
21 incident?
22     A    Yes.
23     Q    How long did you live at 10 Adanti Avenue in
24 Ansonia?
25     A    Four years, five years?  I'm not really sure.

1   A   You know what I honestly felt?  He just did not
2  want to do the paperwork.  Every time I spoke to the police
3  department, I felt they just did not want to, as they said,
4  "get involved."  They didn't say that to me directly, but
5  they did tell my attorney that.  And it's just I was getting
6  nowhere.
7   Q   Well, did sergeant Zalinsky ever tell you on this
8  second occasion or on the first occasion, did he ever
9  specifically say to you that he would not file a written
10  complaint for you?
11   A   He didn't.
12   Q   He didn't, okay.  It was just your feeling that
13  he didn't want to do so, or he didn't want to get involved,
14  you indicated?
15   A   No, he told my attorney that.
16   Q   When did he tell your attorney that?
17   A   When my attorney had requested him to put in a
18  report against the neighbors about calling or, I'm sorry,
19  was to find out who called DCF, because the social worker
20  said once the attorney gets involved, the anonymity goes out
21  the window.
22       Well, Reiker Donohue from a law firm in Stamford,
23  Connecticut, whom was my attorney back then, called and
24  spoke to sergeant Zalinsky.  And when she got back to me,
25  she told me he said, quote unquote, he "didn't want to get

```
 1   STATE OF CONNECTICUT    :
 2                              ss.
 3   COUNTY OF HARTFORD      :
 4
 5          I, Nicole M. Gosselin, R.P.R., a Notary Public
 6   for the state of Connecticut, do hereby certify that the
 7   deposition of SHERRI PAULEY, was taken before me pursuant to
 8   the Federal Rules of Civil Procedure, at the offices of Howd
 9   & Ludorf, 65 Wethersfield Avenue, Hartford, Connecticut,
10   commencing at 12:04 p.m., on Wednesday, September 29, 2004.
11          I further certify that the witness was first
12   sworn by me to tell the truth, the whole truth, and nothing
13   but the truth, and was examined by counsel, and her
14   testimony stenographically reported by me and subsequently
15   transcribed as hereinbefore appears.
16          I further certify that I am not related to the
17   parties hereto or their counsel, and that I am not in any
18   way interested in the event of said cause.
19          Dated at Hartford, Connecticut, the 19th day of
20   October, 2004.
21
22                              _____
23                              Nicole M. Gosselin, R.P.R.
                                      Notary Public
24   My Commission Expires December 31, 2006.
25
```